UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Patrick J. Brennan

Case No. 01-51215-S

Chapter 13 Trustee

APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

   The undersigned, <u>Krispen S. Carroll</u>, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $<u>758.65</u>, said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for debtor: <u>Patrick J. Brennan</u>. The applicant further states that: unclaimed funds in the amount of $758.65 for Patrick J. Brennan was sent to the Clerk of the Court in error paid, and should not have been sent in as unclaimed funds.

Applicant is the duly authorized representative for the business or corporation named as the creditor. Applicant has reviewed all records of the creditor and discovered an error. Funds were sent to the Clerk of Court and should have been for trustee fees instead. Because of this error we are requesting these funds are returned to our office.

Page 1 of 2

Application for Payment from Unclaimed Funds

Respectfully submitted this 18th day of November, 2005.

/s/ Krispen S. Carroll
Signature of Applicant

Krispen S. Carrolll, Chapter 13 Trustee
Name and Title of Applicant

Office of the Chapter 13 Trustee
Company Name

719 Griswold
Street Address

Detroit, Michigan
City and State

313-962-5035
Telephone Number

38-3510943
Tax Identification Number

 060498
Claim Number

Page 2 of 2