# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In the Matter of:

Patrick J. Brennan                          Case # 01-51215-S
Debtor                                      Chapter 13

## ORDER REQUIRING THE IMMEDIATE RETURN OF FUNDS
## PAID IN ERROR TO THE U.S. BANKRUPTCY COURT

It is ordered that the Clerk of the U S Bankruptcy Court make a check payable to: Krispen S. Carroll, Chapter 13 Trustee., in the amount of $758.65(*seven hundred fifty-eight dollars and sixty five cent..*) of unclaimed funds held in the U. S. Treasury. (*funds sent in error*).

.

**Entered: November 21, 2005**

                                **___ _/s/ Phillip J. Shefferly _ __**
                                **Phillip J. Shefferly**
                                **United States Bankruptcy Judge**